IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| DANIEL D. DILLARD, <br> TDCJ No. 1400285, <br><br> Plaintiff, <br><br> v. <br><br> LORIE DAVIS, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § | Civil Action No. 7:19-cv-00081-M-BP |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore ORDERED that Plaintiff's Second Motion for Default Judgment and Motion for Temporary Restraining Order (ECF Nos. 99, 109), Defendants' Motions to Dismiss (ECF Nos. 112, 137), and Tracy Warren's Motion to Intervene and Motion to Supplement Motion to Intervene (ECF Nos. 143, 155) are **DENIED**. It is further ORDERED that if Defendants Lavonda McLemore and Bridgette Smalley intend to assert qualified immunity as a defense, then seven days from this Order's date they SHALL file concurrently an answer affirmatively pleading the defense and a motion for summary judgment on their entitlement to the defense.

**SO ORDERED** this 3rd day of February, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE