IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| DANIEL D. DILLARD, <br> TDCJ No. 1400285, <br><br> Plaintiff, <br><br> v. <br><br> LORIE DAVIS, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § | <br><br><br><br><br><br> Civil Action No. 7:19-cv-00081-M-BP |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Plaintiff filed objections on April 6, 2022 [ECF No. 202]. The District Court reviewed the proposed Findings, Conclusions, and Recommendation *de novo*. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore ORDERED that Plaintiff Daniel Dillard's claims against Jose Mares, Lavonda McLemore, and Bridgette Smalley are **DISMISSED** with prejudice. It is further ORDERED that Defendants Smalley & McLemore's Motion for Summary Judgment (ECF No. 180) and Dillard's Motion for Leave to Conduct Discovery (ECF No. 186) are **DENIED** as moot.

**SO ORDERED** this 12th day of April, 2022.

BARBARA M. G. LYNN
CHIEF JUDGE