IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| DANIEL D. DILLARD, <br> TDCJ No. 1400285, <br><br> Plaintiff, <br><br> v. <br><br> LORIE DAVIS, *et al.*, <br><br> Defendants. | § § § § § § § § § § § | <br><br><br><br><br> Civil Action No. 7:19-cv-00081-M-BP |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Defendants filed objections on July 15, 2022. ECF No. 226. Plaintiff filed objections on July 26, 2022. ECF No. 233. The District Court reviewed the proposed Findings, Conclusions, and Recommendation *de novo*. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore ORDERED that Plaintiff Daniel Dillard's Motion for Partial Summary Judgment (ECF No. 152) is **DENIED**.

It is further ORDERED that Defendants' Motion for Summary Judgment (ECF No. 124) is **GRANTED** in part and **DENIED** in part. Accordingly, the Court **GRANTS** summary judgment against Dillard on his following claims: (1) Eighth Amendment claims relating to inadequate showers, prolonged solitary-like confinement, and COVID-19; (2) all claims against Michael Feazell and Timothy Hooper; (3) official-capacity claims against Jimmy Smith; and (4) all claims that Dillard brings solely on behalf of similarly situated individuals. These claims are

**DISMISSED** with prejudice. Except as provided herein, Defendants' Motion for Summary Judgment (ECF No. 124) is **DENIED.**

It is further ORDERED that Jeremy Busby's Motion to Intervene (ECF No. 189) is **DENIED**.

**SO ORDERED** this 2nd day of August, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE