IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| DANIEL D. DILLARD, § | |
| TDCJ No. 1400285, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 7:19-cv-00081-M-BP |
| § | |
| LORIE DAVIS, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Plaintiff filed "Plaintiff's Proposed Findings of Fact, Conclusions of Law and Order" on October 17, 2023 [ECF No. 289]. The District Court reviewed the proposed Findings, Conclusions, and Recommendation *de novo*. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore ORDERED that Plaintiff Daniel Dillard's Motion for Reconsideration (ECF No. 246) is **DENIED**.

**SO ORDERED** this 3rd day of November, 2023.

BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE